UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CRUZ SANCHEZ VALLADARES, ALEX ALF ARO SEBEDA, CESAR DANILO MARTINEZ, DELMER JOEL GUIF ARRO, ISMAEL MATUTE and JOSE RAMIREZ SANCHEZ, individually and on behalf of all others similarly situated,

1:21-cv-04511-AMD-TAM

*Plaintiff(s)*,

-against-

**RULE 7.1 STATEMENT**

CROSSCITY INSPECTION SERVICES, INC., HUGE CONSTRUCTION LLC. and MEIQIAO LLC. and WEIHONG HU, as an individual,

*Defendant(s)*.

-----------------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for CROSSCITY INSPECTION SERVICES, INC., HUGE CONSTRUCTION LLC. and MEIQIAO LLC. (private non-governmental corporate parties) certifies that there are no corporate parents, affiliates and/or subsidiaries of said parties that are publicly held.

Dated: Queens, NY
November 15, 2021

KEVIN KERVENG TUNG, P.C.
*Attorneys for Defendants*

/s/ *Kevin K. Tung*
Kevin K. Tung, Esq.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
(718) 939-4633