

# HELEN F. DALTON & ASSOCIATES, P.C.
ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

March 8, 2022

**Via ECF**
The Honorable Judge Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Valladares v. Crosscity Inspection Services, Inc., et al.**
 **21-CV-4511 (AMD)(TAM)**

Dear Judge Merkl:

    Our office represents the Plaintiff in the above-referenced matter and we submit this status report jointly with Defendants pursuant to December 15, 2021 Minute Entry and Order.

    The parties attended a Court-annexed mediation on February 22, 2022, however, the parties did not reach a settlement at that time. As such, the parties are continuing in discovery in compliance with the above Order.

    We thank the Court for its continued consideration on this matter and remain available to provide any additional information.

Respectfully submitted,

*James O'Donnell*
James O'Donnell, Esq.