

**Joshua Zuckerberg**
**Partner**
Direct Tel: 212-326-0885
Direct Fax: 212-798-6379
jzuckerberg@pryorcashman.com

October 7, 2022

**VIA ECF**

The Honorable Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Courtroom: 324 North | Chambers: 317 North

Re:   Joint Status Report for *Valladares et al v. Crosscity Inspection Services, Inc. et al*
Civil Action No. 1:21-cv-04511-AMD-TAM

Dear Judge Merkl:

We represent Defendants Crosscity Inspection Services, Inc., Huge Construction LLC, Meiqiao LLC, and Weihong Hu, as an individual (collectively "Defendants"), in the above-referenced matter. Pursuant to Your Honor's Order on September 29, 2022, we write jointly with Plaintiffs' counsel to respectfully propose an updated discovery schedule as follows:

1. End of fact discovery: February 28, 2023;
2. Status update to Your Honor regarding discovery: February 21, 2023;
3. Deadline to file a joint status report on ECF certifying the close of all discovery: March 7, 2023; and
4. Deadline to initiate any dispositive motions: April 4, 2023.

We thank Your Honor for your time and consideration.

Respectfully,

*/s/ Joshua Zuckerberg*
Joshua Zuckerberg