UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CRUZ SANCHEZ VALLADARES, ALEX ALFARO SEBEDA, CESAR DANILO MARTINEZ, DELMER JOEL GUIFARRO, ISMAEL MATUTE and JOSE RAMIREZ SANCHEZ, FRANCISCO ZAMUDIO HERNANDEZ, and GERSON CASTELLANOS,**<br><br>                                   **Plaintiffs,**<br><br>-against-<br><br>**CROSSCITY INSPECTION SERVICES, INC., HUGE CONSTRUCTION LLC. and MEIQIAO LLC. and WEIHONG HU, as an individual,**<br><br>                                   **Defendants.** | CIVIL ACTION NO:<br>21-CV-4511(TAM)<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

       IT IS HEREBY STIPULATED AND ORDERED that the above-captioned action and all claims asserted therein by Plaintiffs are hereby dismissed in their entirety and with prejudice as against all Defendants, and with no award of attorneys' fees or costs by the Court to any party, except as provided in the Settlement Agreement.

       IT IS FURTHER STIPULATED AND ORDERED that this Court shall retain jurisdiction over this action for the limited purpose of enforcing the terms of the Settlement Agreement and addressing any breach of the Settlement Agreement by either party.

| | |
|---|---|
| Helen F. Dalton & Associates, P.C.<br>80-02 Kew Gardens Road, Suite 601<br>Kew Gardens, NY 11415 | Pryor Cashman LLP<br>7 Times Square<br>New York, NY 10036 |
| By: /s/James O'Donnell<br>   James O'Donnell, Esq.<br>   jamespodonnell86@gmail.com<br>   Attorney for Plaintiffs | By: /s/Vanessa Avello<br>   Vanessa Avello, Esq.<br>   vavello@pryorcashman.com<br>   Attorney for Defendants |

SO-ORDERED:
May 22, 2023

_____Taryn A. Merkl_____
Hon. Taryn A. Merkl, U.S.M.J.